AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC d/b/a BMG GOLD SONGS, W CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP., MAURICE STARR MUSIC, and JOBETE MUSIC COMPANY, INC.<br><br>*Plaintiff(s)*<br><br>v.<br><br>GENESIS HEALTH CLUBS MANAGEMENT, INC., GENESIS HEALTH CLUBS ORLANDO SPORTSPLEX LLC, GHC REAL ESTATE HOLDINGS, LLC, and RODNEY L. STEVEN, II<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   GHC REAL ESTATE HOLDINGS, LLC
c/o Ryan Brooks, as Registered Agent
6100 East Central Avenue, Suite 3
Wichita, Kansas 67208

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   FREDERICK D. PAGE, ESQ.
BISHOP & PAGE PLLC
510 N. Julia Street
Jacksonville, FL 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*